**No. 50616.**—Protests 905789–G, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. The testimony established that certain items of the merchandise consist of racello hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the cited authority the merchandise in question was held dutiable as claimed.